UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2012 MAY 16 PM 1:42

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

HASSAN SAFY,

        Defendant.

CASE NO. 11CR2649-JMA

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

18:1030(a)(2)(B)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/15/12

Jan M. Adler
U.S. Magistrate Judge